**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00525-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

DALE ROBERT HEIL, Secured Party Creditor,

     Plaintiff/Petitioner,

v.

[NO NAMED DEFENDANTS],

     Defendants/Respondents.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Dale Robert Heil currently resides in Meeker, Colorado.  On March 12, 2015, he submitted a document titled "Notice of Understanding and Intent and Claim of Right and Notice of Denial of Consent" to the Court.  Because it appears that Mr. Heil intends to seek relief, this civil rights action has been commenced.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the document is deficient as described in this order.  Mr. Heil will be directed to cure the following if he wishes to pursue his claims.  If Mr. Heil does not intend to pursue a civil rights action in this Court at this time, he should advise the Court of that fact and the instant action will be dismissed.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   <u>X</u>   is not submitted
(2)   ___   is not on proper form (must use the Court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete

(6)      __      affidavit is not properly notarized
(7)      __      names in caption do not match names in caption of complaint, petition or
                    application
(8)      X       other: <u>In the alternative, Plaintiff may pay the $400 filing fee</u>.

**Complaint or Petition**:
(9)      X       is not submitted
(10)     __      is not on proper form (must use the court's current form)
(11)     __      is missing an original signature by the Plaintiff
(12)     __      is incomplete
(13)     __      uses et al. instead of listing all parties in caption
(14)     __      names in caption do not match names in text of Complaint
(15)     __      addresses must be provided for all defendants/respondents in "Section A.
                    Parties" of complaint, petition or habeas application
(16)     __      other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers that Plaintiff files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used

in filing an Application to Proceed in District Court without Prepaying Fees or Costs

(Long Form), and a Complaint, along with the applicable instructions, at

www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

DATED March 17, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge

2